**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:  **PMP II, LLC**                        Case No.

                                               Chapter    **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Sarles & Ouimet, L.L.P. 370 Founders Square Dallas, TX 75202 | | Legal Fees | | $526,399.50 |
| Belt Collins Hawaii, Ltd. 2153 N. King Street, #200 Honolulu, HI 96819 | | Professional Services | | $172,195.85 |
| McCorriston, Miller, Mukai, LLP 5 Waterfront Plaza, 4th Floor 500 Ala Moana Boulevard Honolulu, HI 98813 | | Legal Fees | | $109,232.02 |
| Royal Contracting Company 677 Ahua Street Honolulu, HI 96819 | | Construction Services | | $38,033.73 |
| Communication Pacific Topa Financial Center 745 Fort Street Honolulu, HI 96813 | | Professional Services - Marketing & Media | | $29,798.88 |
| Cemetery Planning Resource Alliance 7921 South Park Plaza Littleton, CO 80120 | | Professional Services - Land Planning | | $29,179.34 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: **PMP II, LLC**  Case No.

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Hawaii Construction Management<br>1015 Aoloa Plaza, #463<br>Kailua, HI 96734 | | Professional Services - Pre-Construction | | $24,500.00 |
| Durrant Media Five, Inc.<br>345 Queen Street, #901<br>Honolulu, HI 96813 | | Professional Services | | $20,471.78 |
| Magnum Mortgage, LLC<br>6600 Kalanianaole Highway, Suite 217<br>Honolulu, HI 96825 | | Lease | | $12,827.70 |
| Prudential Locations, LLC<br>617 Kapahulu Avenue, Suite 102<br>Honolulu, HI 96816 | | Lease - Bishop Street | | $9,100.00 |
| Amazon Contruction, Inc.<br>5 Sand Island Access Road, Bldg. 920-139<br>Honolulu, HI 96819 | | Professional Services - Hauling | | $8,039.50 |
| Richard Rahn<br>1212 Nu'uanu Avenue, #3605<br>Honolulu, HI 96817 | | Consulting Fees | | $5,739.46 |
| Cohen, Seglias, Pallas, Greenhall & Furman, P.C.<br>305 17th Street<br>Philadelphia, PA 19102 | | Legal Fees | | $4,426.91 |

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

IN RE: **PMP II, LLC**  Case No.

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Collier Monroe<br>220 S. King Street, #1800<br>Honolulu, HI 96809 | | Broker's Commission - Leased Space | | **$3,838.94** |
| Legacy Management & Accounting Service<br>400 N. Ashley Dr., Suite 1900<br>Tampa, FL 33602 | | Accounting Services | | **$3,750.00** |
| URS Corporation, Dept 1028<br>P.O. Box 121028<br>Dallas, TX 75212-1028 | | Professional Services | | **$3,734.81** |
| Marks Paneth & Schron<br>622 Third Avenue, 7th Floor<br>New York, NY 10017 | | Accounting Services | | **$2,850.00** |
| Progressive Telecom, LLC<br>518 Holokahana Lane<br>Honolulu, HI 96817 | | Telephone Installation | | **$2,494.48** |
| American Funeral Consultants<br>16 Plattekill Avenue<br>New Paltz, NY 12561 | | Consulting Services | | **$2,125.00** |
| Zieman, Speegle, Jackson<br>Five Dauphin St., #301<br>Mobile, AL 36601 | | Legal Fees | | **$703.56** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: **PMP II, LLC**  Case No.

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **See attached Exhibit "A"** of the **Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **01/07/2010**　　　　　　　　　　Signature: **/s/ Peter R. Morris, Chairman**
　　　　　　　　　　　　　　　　　　　　　　　　　*Peter R. Morris, Chairman*
　　　　　　　　　　　　　　　　　　　　　　　　　**See attached Exhibit "A"**