In re **PMP II, LLC**                                                                 Case No.  **10-30252**
                                                                                                 (if known)

# SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 69.013 acres of vacant land on Hawaii Kai Drive, Honolulu HI | Owner | | $48,485,000.00 | $36,957,338.98 |
| | | **Total:** | **$48,485,000.00** | |

(Report also on Summary of Schedules)

In re **PMP II, LLC**          Case No. **10-30252**
                                                                                                                         (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 1. Cash on hand. | X | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | |
| 6. Wearing apparel. | X | | |
| 7. Furs and jewelry. | X | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Liability Insurance Policy #CA000012175-01 Admiral Iinsurance Company/Colemont Ins. Bkr. | $0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | |

In re **PMP II, LLC**         Case No. **10-30252**
                                                                                           (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

In re **PMP II, LLC**  Case No. **10-30252**
(if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Resolution approving use as cemetary; Permit to connect into sewer; Stockpiling Permit | Unknown |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | |

In re  **PMP II, LLC**                                                                                      Case No.  **10-30252**
                                                                                                                          (if known)

## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | |
| 27. Aircraft and accessories. | X | | |
| 28. Office equipment, furnishings, and supplies. | | various furniture, fixtures, and/or office equipment located in storage facility in Hawaii | $20,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | |
| 30. Inventory. | X | | |
| 31. Animals. | X | | |
| 32. Crops - growing or harvested. Give particulars. | X | | |
| 33. Farming equipment and implements. | X | | |
| 34. Farm supplies, chemicals, and feed. | X | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | |

____**3**____ continuation sheets attached    **Total >**    **$20,000.00**
(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

In re **PMP II, LLC**  Case No. **10-30252**
(If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
- [ ] 11 U.S.C. § 522(b)(2)
- [ ] 11 U.S.C. § 522(b)(3)

- [ ] Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Not Applicable | | | |
| | | **$0.00** | **$0.00** |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**BFI Capital, LLC**<br>50 Main Street, #1000<br>White Plains, NY 10606 | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**Note**<br>COLLATERAL:<br>69.013 acres of vacant land on Hawaii Kai Drive, H<br>REMARKS:<br><br>VALUE: $48,485,000.00 | | | X | $3,111,630.98 | |
| ACCT #:<br>**D.B. Zwirn Real Estate Credit Partners, LLC**<br>745 Fifth Avenue, 15th Floor<br>New York, NY 10151 | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**Loan**<br>COLLATERAL:<br>69.013 acres of vacant lot on Hawaii Dr., Honolulu<br>REMARKS:<br><br>VALUE: $48,485,000.00 | | | X | $33,845,708.00 | |
| | | | | | Subtotal (Total of this Page) > | $36,957,338.98 | $0.00 |
| | | | | | Total (Use only on last page) > | $36,957,338.98 | $0.00 |

_____No_____ continuation sheets attached

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re **PMP II, LLC**  Case No. __10-30252__
(If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

B6E (Official Form 6E) (12/07) - Cont.
Case 10-30252-sgj11  Doc 11  Filed 01/21/10  Entered 01/21/10 12:57:17  Desc Main
Document  Page 9 of 18

In re **PMP II, LLC** Case No. **10-30252**
(If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

**TYPE OF PRIORITY** | Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: <br> **City and County of Honolulu** <br> **Real Property Tax Collection** <br> **580 S. King Street** <br> **Honolulu, HI** | | DATE INCURRED: <br> CONSIDERATION: <br> **Real Property Taxes** <br> REMARKS: | | | | $10,998.72 | $10,998.72 | $0.00 |

Sheet no. __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

**Subtotals (Totals of this page) >** $10,998.72 | $10,998.72 | $0.00

**Total >** $10,998.72
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

**Totals >** $10,998.72 | $0.00
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07)
Case 10-30252-sgj11    Doc 11    Filed 01/21/10    Entered 01/21/10 12:57:17    Desc Main
Document    Page 10 of 18

In re **PMP II, LLC**    Case No. **10-30252**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Amazon Contruction, Inc.**<br>5 Sand Island Access Road, Bldg. 920-139<br>Honolulu, HI 96819 | | DATE INCURRED:<br>CONSIDERATION:<br>**Professional Services - Hauling**<br>REMARKS: | | | | $8,039.50 |
| ACCT #:<br>**American Funeral Consultants**<br>16 Plattekill Avenue<br>New Paltz, NY 12561 | | DATE INCURRED:<br>CONSIDERATION:<br>**Consulting Services**<br>REMARKS: | | | | $2,125.00 |
| ACCT #:<br>**Bagelpipe, LLC**<br>150 N. Wacker Dr., #1120<br>Chicago, IL 60606 | | DATE INCURRED:<br>CONSIDERATION:<br>**Advances made on behalf of Debtor**<br>REMARKS: | | | | $406,169.09 |
| ACCT #:<br>**Belt Collins Hawaii, Ltd.**<br>2153 N. King Street, #200<br>Honolulu, HI 96819 | | DATE INCURRED:<br>CONSIDERATION:<br>**Professional Services**<br>REMARKS: | | | | $172,195.85 |
| ACCT #:<br>**Cemetery Planning Resource Alliance**<br>7921 South Park Plaza<br>Littleton, CO 80120 | | DATE INCURRED:<br>CONSIDERATION:<br>**Professional Services - Land Planning**<br>REMARKS: | | | | $43,452.56 |
| ACCT #:<br>**Cohen, Seglias, Pallas,**<br>  **Greenhall & Furman, P.C.**<br>305 17th Street<br>Philadelphia, PA 19102 | | DATE INCURRED:<br>CONSIDERATION:<br>**Legal Fees**<br>REMARKS: | | | X | $4,426.91 |

Subtotal > $636,408.91

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

_____**3**_____ continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.
In re **PMP II, LLC**

Case 10-30252-sgj11    Doc 11    Filed 01/21/10    Entered 01/21/10 12:57:17    Desc Main
Document    Page 11 of 18

Case No. **10-30252**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Collier Monroe**<br>**220 S. King Street, #1800**<br>**Honolulu, HI 96809** | | DATE INCURRED:<br>CONSIDERATION:<br>**Broker's Commission - Leased Space**<br>REMARKS: | | | | $3,838.94 |
| ACCT #:<br>**Communication Pacific**<br>**Topa Financial Center**<br>**745 Fort Street**<br>**Honolulu, HI 96813** | | DATE INCURRED:<br>CONSIDERATION:<br>**Professional Services - Marketing & Media**<br>REMARKS: | | | | $29,798.88 |
| ACCT #:<br>**Durrant Media Five, Inc.**<br>**345 Queen Street, #901**<br>**Honolulu, HI 96813** | | DATE INCURRED:<br>CONSIDERATION:<br>**Professional Services**<br>REMARKS: | | | | $20,471.78 |
| ACCT #:<br>**Hawaii Construction Management**<br>**1015 Aoloa Plaza, #463**<br>**Kailua, HI 96734** | | DATE INCURRED:<br>CONSIDERATION:<br>**Professional Services - Pre-Construction**<br>REMARKS: | | | | $24,500.00 |
| ACCT #:<br>**Legacy Management & Accounting Service**<br>**400 N. Ashley Dr., Suite 1900**<br>**Tampa, FL 33602** | | DATE INCURRED:<br>CONSIDERATION:<br>**Accounting Services**<br>REMARKS: | | | | $3,750.00 |
| ACCT #:<br>**Magnum Mortgage, LLC**<br>**6600 Kalanianaole Highway, Suite 217**<br>**Honolulu, HI 96825** | | DATE INCURRED:<br>CONSIDERATION:<br>**Lease**<br>REMARKS: | | | | $12,827.70 |

Sheet no. ____1____ of ____3____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $95,187.30

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Case 10-30252-sgj11    Doc 11    Filed 01/21/10    Entered 01/21/10 12:57:17    Desc Main
Document    Page 12 of 18

B6F (Official Form 6F) (12/07) - Cont.
In re **PMP II, LLC**                                                                        Case No. **10-30252**
                                                                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Marks Paneth & Schron**<br>**622 Third Avenue, 7th Floor**<br>**New York, NY 10017** | | DATE INCURRED:<br>CONSIDERATION:<br>**Accounting Services**<br>REMARKS: | | | | $2,850.00 |
| ACCT #:<br>**McCorriston, Miller, Mukai, LLP**<br>**5 Waterfront Plaza, 4th Floor**<br>**500 Ala Moana Boulevard**<br>**Honolulu, HI 98813** | | DATE INCURRED:<br>CONSIDERATION:<br>**Legal Fees**<br>REMARKS: | | | | $109,232.02 |
| ACCT #:<br>**Peter R. Morris**<br>**150 N. Wacker Dr., #1120**<br>**Chicago, IL 60606** | | DATE INCURRED:<br>CONSIDERATION:<br>**Advances made on behalf of Debtor**<br>REMARKS: | | | | $123,043.76 |
| ACCT #:<br>**PRM Realty Group, LLC**<br>**150 N. Wacker Dr., #1120**<br>**Chicago, IL 60606** | | DATE INCURRED:<br>CONSIDERATION:<br>**Advances made on behalf of Debtor**<br>REMARKS: | | | | $711,123.71 |
| ACCT #:<br>**Progressive Telecom, LLC**<br>**518 Holokahana Lane**<br>**Honolulu, HI 96817** | | DATE INCURRED:<br>CONSIDERATION:<br>**Telephone Installation**<br>REMARKS: | | | | $2,494.48 |
| ACCT #:<br>**Prudential Locations, LLC**<br>**617 Kapahulu Avenue, Suite 102**<br>**Honolulu, HI 96816** | | DATE INCURRED:<br>CONSIDERATION:<br>**Lease - Bishop Street**<br>REMARKS: | | | | $9,100.00 |

Sheet no. ____2____ of ____3____ continuation sheets attached to                                    Subtotal >    **$957,843.97**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                    Total >
                                                      **(Use only on last page of the completed Schedule F.)**
                                                      **(Report also on Summary of Schedules and, if applicable, on the**
                                                      **Statistical Summary of Certain Liabilities and Related Data.)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Richard Rahn**<br>**1212 Nu'uanu Avenue, #3605**<br>**Honolulu, HI 96817** | | DATE INCURRED:<br>CONSIDERATION:<br>**Consulting Fees**<br>REMARKS: | | | | $5,739.46 |
| ACCT #:<br>**Royal Contracting Company**<br>**677 Ahua Street**<br>**Honolulu, HI 96819** | | DATE INCURRED:<br>CONSIDERATION:<br>**Construction Services**<br>REMARKS: | | | | $38,033.73 |
| ACCT #:<br>**Sarles & Ouimet, L.L.P.**<br>**370 Founders Square**<br>**Dallas, TX 75202** | | DATE INCURRED:<br>CONSIDERATION:<br>**Legal Fees**<br>REMARKS: | | | | $526,399.50 |
| ACCT #:<br>**URS Corporation, Dept 1028**<br>**P.O. Box 121028**<br>**Dallas, TX 75212-1028** | | DATE INCURRED:<br>CONSIDERATION:<br>**Professional Services**<br>REMARKS: | | | | $3,734.81 |
| ACCT #:<br>**Zieman, Speegle, Jackson**<br>**Five Dauphin St., #301**<br>**Mobile, AL 36601** | | DATE INCURRED:<br>CONSIDERATION:<br>**Legal Fees**<br>REMARKS: | | | | $703.56 |

Sheet no. ___3___ of ___3___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$574,611.06**

Total > **$2,264,051.24**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re **PMP II, LLC**  Case No. **10-30252**
(if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

B6H (Official Form 6H) (12/07)
Case 10-30252-sgj11    Doc 11    Filed 01/21/10    Entered 01/21/10 12:57:17    Desc Main
Document    Page 15 of 18

In re **PMP II, LLC**    Case No. **10-30252**
(if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Bagelpipe, LLC**<br>150 N. Wacker Dr., Suite 1120<br>Chicago, IL 60606 | **D.B. Zwirn Real Estate**<br>  Credit Partners, LLC<br>745 Fifth Avenue, 15th Floor<br>New York, NY 10151 |
| **Bagelpipe, LLC**<br>150 N. Wacker Dr., #1120<br>Chicago, IL 60606 | **BFI Capital, LLC**<br>50 Main Street, #1000<br>White Plains, NY 10606 |
| **John Henry Felix**<br>P.O. Box 240778<br>Honolulu, HI 96819 | **D.B. Zwirn Real Estate**<br>  Credit Partners, LLC<br>745 Fifth Avenue, 15th Floor<br>New York, NY 10151 |
| **John Henry Felix**<br>P.O. Box 240778<br>Honolulu, HI 98619 | **BFI Capital, LLC**<br>50 Main Street, #1000<br>White Plains, NY 10606 |
| **Peter R. Morris**<br>150 N. Wacker Dr., Suite 1120<br>Chicago, IL 60606 | **D.B. Zwirn Real Estate**<br>  Credit Partners, LLC<br>745 Fifth Avenue, 15th Floor<br>New York, NY 10151 |
| **Peter R. Morris**<br>150 N. Wacker Dr., #1120<br>Chicago, IL 60606 | **BFI Capital, LLC**<br>50 Main Street, #1000<br>White Plains, NY 10606 |
| **PRM Realty Group, LLC**<br>150 N. Wacker Dr., Suite 1120<br>Chicago, IL 60606 | **D.B. Zwirn Real Estate**<br>  Credit Partners, LLC<br>745 Fifth Avenue, 15th Floor<br>New York, NY 10151 |

In re **PMP II, LLC**  Case No. **10-30252**
(if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 1*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **PRM Realty Group, LLC**<br>150 N. Wacker Dr., #1120<br>Chicago, IL 60606 | **BFI Capital, LLC**<br>50 Main Street, #1000<br>White Plains, NY 10606 |
| **RCCI Management, LLC**<br>677 Ahua Street<br>Honolulu, HI 96819 | **D.B. Zwirn Real Estate**<br>  Credit Partners, LLC<br>745 Fifth Avenue, 15th Floor<br>New York, NY 10151 |
| **RCCI Management, LLC**<br>677 Ahua Street<br>Honolulu, HI 96819 | **BFI Capital, LLC**<br>50 Main Street, #1000<br>White Plains, NY 10606 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

In re **PMP II, LLC**  Case No. **10-30252**

Chapter **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $48,485,000.00 | | |
| B - Personal Property | Yes | 4 | $20,000.00 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $36,957,338.98 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $10,998.72 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | $2,264,051.24 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 15 | $48,505,000.00 | $39,232,388.94 | |

In re **PMP II, LLC**     Case No. **10-30252**
                                                                                                                         (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____***See attached Exhibit "A"***_____ of the _____**Corporation**_____ named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**17**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date **01/21/2010**             Signature **/s/ Peter R. Morris, Chairman**
                                                                                  ***Peter R. Morris, Chairman***
                                                                                  ***See attached Exhibit "A"***

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.