# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

IN RE:                                                                        CHAPTER  **11**

**PMP II, LLC**

DEBTOR(S)                                                   CASE NO  **10-30252**

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| | | | |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**See attached Exhibit "A"**_____ of the _____**Corporation**_____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **01/21/2010**_____    Signature: **/s/ Peter R. Morris, Chairman**_____
                                                                                                          *Peter R. Morris, Chairman*
                                                                                                          **See attached Exhibit "A"**