

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

*[signature: Harlin DeWayne Hale]*

**United States Bankruptcy Judge**

**Signed August 20, 2010**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PMP II, LLC, | § | CASE NO: 10-30252-HDH-11 |
| | § | |
| Debtor-in-Possession | § | |

**Agreed Order Amending Findings of Fact, Conclusions of Law, and Order Under**
**11 U.S.C. § 1129 Confirming Debtor's Plan of Reorganization [docket no. 69]**

This Order amends decretal paragraph 15 of the Court's August 17, 2010

*Findings of Fact, Conclusions of Law, and Order Under 11 U.S.C. § 1129 Confirming*

*Debtor's Plan of Reorganization* [docket no. 69], which previously read as follows:

> Payment of Fees. All fees payable by the Debtor under 28 U.S.C. § 1930
> shall be paid on the Effective Date. After the Effective date, neither the
> Debtor nor its Estate, nor the Reorganization Debtor shall thereafter be
> liable for the payment of any additional fees.

The Debtor and the United States Trustee have agreed to amend the language of

this paragraph and the Court finds that there is cause for such amendment. It is therefore

ORDERED that Decretal Paragraph 15 of the Court's *Order* [docket no. 69] shall

read:

<u>Payment of Fees</u>.  All fees payable and due under 28 U.S.C. § 1930 by the Debtor as of the date of confirmation shall be paid on the Effective Date. The Reorganized Debtor shall continue to pay post-confirmation fees as required under 28 U.S.C. § 1930 until the closing of the case.

### End Of Order ###

<u>/s/ Gerrit M. Pronske</u>
Gerrit M. Pronske, counsel for the Debtor

<u>/s/ Erin Marie Schmidt,</u>
Erin Marie Schmidt, counsel for the United States Trustee

Form of Order Prepared By:

Erin Marie Schmidt
Trial Attorney
Texas State Bar No. 24033042
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242
(214) 767-1075
Erin.Schmidt2@usdoj.gov